AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 1:25-mc-00578
 )
an Apple iPhone with floral case )
 )
 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Middle___ District of ___Pennsylvania___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___July 2, 2025___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___The Honorable Daryl F. Bloom___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

*Corrected - **DFB -6-23-25**

Date and time issued: *06/18/2025 4:04 pm                                 /s/ Daryl F. Bloom
                                                                                                          *Judge's signature*

City and state:   Harrisburg, Pennsylvania                      Daryl F. Bloom, Chief U.S. Magistrate Judge
                                                                                                   *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.: <br> 1:25-mc-00578 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br> Date: _____ <br><br> _____ <br> *Executing officer's signature* <br><br> _____ <br> *Printed name and title* |

## **ATTACHMENT A**

The property to be searched is an Apple iPhone with floral case (the "Device"). The Device is currently in the custody of the ATF, at the ATF Harrisburg Field Office, in Harrisburg, Pennsylvania.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1. All records on the Device described in Attachment A that relate to violations of 18 U.S.C. §§ 371 (Conspiracy) and 933 (Trafficking in Firearms) and involve Nicole CRAMER, Homanie LYONS, and Lillith REEDY, including:

    a. Communications about acquiring, distributing, possessing, purchasing, selling, trading, or trafficking any firearm, ammunition, or firearm accessory;

    b. Depictions (including photographs and videos) of any firearm, ammunition, or firearm accessory;

    c. Depictions (including photographs and videos) of any store or location where firearms can be lawfully purchased, traded, or otherwise acquired;

    d. Call and message logs;

    e. Types and prices of firearms distributed, purchased, or trafficked, as well as dates, places, and amounts for specific transactions;

    f. Browser history and Internet searches related to any firearm, ammunition, or firearm accessory;

g. GPS data; and,

h. All bank records, checks, credit card bills, account information, and other financial records related to the sale, distribution, or purchase of any firearm, ammunition, or firearm accessory.

2. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

3. During the execution of the search of the Device, law enforcement personnel are authorized to (a) press or swipe the fingers (including thumbs) of any individual, who is reasonably believed by law enforcement to be a user of the Device, to the fingerprint scanner of the device; and / or (b) hold the Device in front of the face those same individuals and activate the facial recognition feature, for the purpose of attempting to unlock the Device in order to search the contents as authorized by this warrant.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.